IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ANGELIQUE JENKINS** *Plaintiff,* | : : : | **CIVIL ACTION** |
| v. | : : | **No. 19-1904** |
| **TRANSPORT WORKERS UNION, LOCAL 234** *Defendant.* | : : : : | |

## ORDER

AND NOW, this 21st day of November, 2019, upon consideration of Defendant Transport Workers Union Local 234's Second Motion to Dismiss (ECF No. 14) and *Pro se* Plaintiff Angelique Jenkins' Response (ECF No. 15), and in accordance with the accompanying memorandum, it is **ORDERED** Defendant's Motion (ECF No. 14) is **GRANTED** and the Complaint (ECF No. 2) is **DISMISSED**, without prejudice.

Plaintiff may file an Amended Complaint no later than December 18, 2019. The Amended Complaint shall be a complete document that does not rely on the initial Complaint or other papers filed in this case to state a claim. When drafting the Amended Complaint, Plaintiff should be mindful of the Court's reasons for dismissing the claims in the initial Complaint as explained in the Court's Memorandum. If Plaintiff does not file an Amended Complaint on or before December 18, 2019, the Clerk of Court is **DIRECTED** to **CLOSE** this matter.

BY THE COURT:

_____
CHAD F. KENNEY, J.