# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ANGELIQUE JENKINS**<br>*Plaintiff,* | : | **CIVIL ACTION** |
| v. | : | **No. 19-1904** |
| **TRANSPORT WORKERS UNION,**<br>**LOCAL 234**<br>*Defendant.* | : | |

## ORDER

**AND NOW**, this **6th** day of **January 2020**, upon consideration of Defendant Transport Workers Union Local 234's Motion to Dismiss Plaintiff's Amended Complaint (ECF No. 21), and in accordance with the accompanying memorandum, it is **ORDERED** Defendant's Motion (ECF No. 21) is **GRANTED** and the Amended Complaint (ECF No. 20) is **DISMISSED with prejudice**.

The Clerk of Court is **DIRECTED** to **CLOSE** this matter.

BY THE COURT:

_____
CHAD F. KENNEY, J.

1