# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ANGELIQUE JENKINS,** | : | **CIVIL ACTION** |
| *Plaintiff,* | : | |
| v. | : | **No. 19-1904** |
| | : | |
| **TRANSPORT WORKERS LOCAL 234,** | : | |
| *Defendant.* | : | |

## ORDER

**AND NOW**, this 3rd day of August 2020, upon consideration of Plaintiff's Motion for Extension of Time (ECF No. 27), and in accordance with the accompanying Memorandum, it is hereby **ORDERED** that Plaintiff's Motion for Extension of Time (ECF No. 27) is **GRANTED**.

BY THE COURT:

/s/ Chad F. Kenney
_____
CHAD F. KENNEY, J.

1